# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 281 |
| | : | |
| APPOINTMENT TO THE APPELLATE | : | APPELLATE COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2019, Kristen W. Brown, Esquire, Dauphin County, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term of six years, commencing July 1, 2019.